1  DANIEL O. HANKS (*pro hac vice* pending)
2  dhanks@ftc.gov; 202-326-2472
3  JASON SANDERS (*pro hac vice* pending)
   jsanders1@ftc.gov; 202-326-2357
4  JULIA E. HEALD (*pro hac vice*)
5  jheald@ftc.gov; 202-326-3589
   Federal Trade Commission
6  600 Pennsylvania Ave NW
7  Washington, DC  20580
   Fax:  202-326-3768
8
9  CARLA L. CHEUNG, SBN 291562 (Local Counsel)
   ccheung1@ftc.gov; 310-824-4300
10 Federal Trade Commission
11 10990 Wilshire Blvd., Suite 400
   Los Angeles, CA 90024
12 Fax:  310-824-4318
13
   ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DAVE, INC.,<br><br>Defendant. | Case No. 2:24-cv-09566-MRA (AGRx)<br><br>**CERTIFICATE OF SERVICE OF APPLICATION OF NON-RESIDENT ATTORNEYS JASON A. SANDERS AND DANIEL O. HANKS TO APPEAR *PRO HAC VICE***<br><br>Judge:  Hon. Mónica Ramírez Almadani<br>Magistrate Judge:  Hon. Alicia G. Rosenberg |

## PROOF OF SERVICE

Per Local Rules 5-3.2.1 and 5-3.1.2, I, Jason Sanders, hereby declare that on November 14, 2024, I served

(1) Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (ECF No. 4);

(2) (Proposed) Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (ECF No. 4-1);

(3) Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (ECF No. 5); and

(4) (Proposed) Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (ECF No. 5-1)

on all parties in the manner specified below:

**Via U.S. Mail**

| | |
|---|---|
| Christopher Napier<br>Shelby Schwartz<br>Mitchell Sandler, LLC<br>1120 20th St., NW, Suite 725<br>Washington, DC 20036<br>Telephone: (202) 886-5260<br>cnapier@mitchellsandler.com<br>sschwartz@mitchellsandler.com<br><br>Derek E. Wetmore<br>Paul Hastings LLP<br>101 California Street, 48th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 856-7000<br>derekwetmore@paulhastings.com | James Michael Pearl<br>Paul Hastings LLP<br>1999 Avenue of the Stars, 27th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 620-5700<br>jamespearl@paulhastings.com<br><br>Allyson Baker<br>Meredith Boylan<br>Paul Hastings LLP<br>2050 M Street, NW<br>Washington D.C. 20036<br>Telephone: (202) 551-1700<br>allysonbaker@paulhastings.com<br>meredithboylan@paulhastings.com |

*Counsel for Defendant Dave, Inc.*

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on November 14, 2024, in Washington, DC.

                                             /s/ Jason Sanders
                                            Jason Sanders