1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | United States of America, | Case No. 2:24-cv-09566-MRA (AGRx) |
| 12 | Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION REGARDING DEFENDANTS' COMBINED MOTION TO DISMISS AND PLAINTIFF'S RESPONSE** |
| 13 | | |
| 14 | v. | |
| 15 | DAVE INC., a Delaware corporation, and JASON WILK, an individual | |
| 16 | | |
| 17 | Defendants. | |
| 18 | | |

19

20

21

22

23

24

25

26

27

28

On January 24, 2025, Defendant Dave Inc. ("Dave" or "Defendant") filed an Unopposed Motion regarding Defendants' Dave Inc. ("Dave") and Jason Wilk's ("Wilk") combined Motion to Dismiss and Plaintiff's Proposed Response.

The Court GRANTS the Unopposed Motion and orders as follows:

1.  The date by which Defendants Dave and Wilk shall file a combined motion to dismiss to Plaintiff's amended complaint is February 28, 2025.

2.  Defendants' combined motion to dismiss shall not exceed 14,000 words.

3.  Plaintiff United States' response to Defendants' combined motion to dismiss shall not exceed 14,000 words.


IS SO ORDERED.

DATED: January 28, 2025

_____
HON. MONICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION REGARDING DEFENDANTS' COMBINED MOTION TO DISMISS AND PLAINTIFF'S RESPONSE