JAMES M. PEARL (SB# 198481)
jamespearl@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

THOMAS P. BROWN (SB# 182916)
tombrown-externaladvisor@paulhastings.com
DEREK E. WETMORE (SB# 291600)
derekwetmore@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Defendants*
*Dave Inc. and Jason Wilk*

*Additional Counsel for Defendants listed on next page.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>DAVE, INC., a Delaware corporation, and JASON WILK, an individual<br><br>Defendants. | CASE NO. 2:24-cv-09566-MRA (AGRx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>Date: April 28. 2025<br>Time: 1:30 p.m.<br>Dept.: 10B<br>Judge: Hon. Monica Ramirez Almadani |

*Counsel for Defendants Continued*

CHRISTOPHER T. NAPIER
(*pro hac vice pending*)
cnapier@mitchellsandler.com
SHELBY R. SCHWARTZ
(*pro hac vice pending*)
sschwartz@mitchellsandler.com
MITCHELL SANDLER PLLC
2020 K Street, NW, Suite 760
Washington, DC 20036
Telephone: 202-886-5260

ALLYSON BAKER
(*admitted pro hac vice*)
allysonbaker@paulhastings.com
MEREDITH BOYLAN
(*admitted pro hac vice*)
meredithboylan@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

MARGARET SHIELDS
(*admitted pro hac vice*)
margaretshields@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6334
Facsimile: (212) 319 4090

*Attorneys for Defendants*
*Dave Inc. and Jason Wilk*

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT on April 28, 2025 at 1:30 p.m., or as soon thereafter as the parties may be heard, in the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California 90012, before the Honorable Mónica Ramírez Almadani in Courtroom 10B, Defendants Dave Inc. ("Dave") and Jason Wilk (collectively, "Defendants") will, and hereby do, move this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss, with prejudice, all claims asserted against the Defendants by Plaintiff United States.

This Motion is made following the conference of counsel, pursuant to Local Rule 7-3, which took place via Zoom videoconference on February 20, 2025.

This Motion is based on this Notice of Motion and Motion, and the Memorandum of Points and Authorities, all filed and served concurrently herewith, the pleadings, records, and files in this action, and any other matters that may properly come before the Court at or before the hearing on this Motion.

DATED: February 28, 2025

**PAUL HASTINGS LLP**

By: /s/ *James M. Pearl*
JAMES M. PEARL

*Attorneys for Defendants*