JAMES M. PEARL (SB# 198481)
jamespearl@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

THOMAS P. BROWN (SB# 182916)
tombrown-externaladvisor@paulhastings.com
DEREK E. WETMORE (SB# 291600)
derekwetmore@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Defendants
Dave Inc. and Jason Wilk*

*Additional Counsel for Defendants listed on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>    v.<br><br>DAVE, INC., a Delaware corporation, and JASON WILK, an individual<br><br>               Defendants. | CASE NO. 2:24-cv-09566-MRA (AGRx)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Date: April 28. 2025<br>Time: 1:30 p.m.<br>Dept.: 10B<br>Judge: Hon. Monica Ramirez Almadani |

*Counsel for Defendants Continued*

CHRISTOPHER T. NAPIER
(*pro hac vice pending*)
cnapier@mitchellsandler.com
SHELBY R. SCHWARTZ
(*pro hac vice pending*)
sschwartz@mitchellsandler.com
MITCHELL SANDLER PLLC
2020 K Street, NW, Suite 760
Washington, DC 20036
Telephone: 202-886-5260

ALLYSON BAKER
(*admitted pro hac vice*)
allysonbaker@paulhastings.com
MEREDITH BOYLAN
(*admitted pro hac vice*)
meredithboylan@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

MARGARET SHIELDS
(*admitted pro hac vice*)
margaretshields@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6334
Facsimile: (212) 319 4090

*Attorneys for Defendants
Dave Inc. and Jason Wilk*

PLEASE TAKE NOTICE, that pursuant to Federal Rule of Evidence 201, Defendants Dave Inc. ("Dave") and Jason Wilks (collectively, "Defendants") hereby request that the Court judicially notice certain documents submitted in support of its Motion to Dismiss the Amended Complaint in this matter.

Exhibits 1-3 of the Pearl Declaration are true and correct copies of the documents described herein:

1. **Exhibit 1**: December 31, 2024 Form 8-K filed by Dave Inc. with the United States Securities and Exchange Commission and the enclosed press release.
2. **Exhibit 2**: February 20, 2025 Form 8-K filed by Dave Inc. with the United States Securities and Exchange Commission and the enclosed press release.
3. **Exhibit 3**: Form 10-K for the Fiscal Year ended December 31, 2022 filed by Dave Inc. with the United States Securities and Exchange Commission.

When deciding a motion to dismiss, courts may consider "documents attached to the complaint, documents incorporated by reference in the complaint, or matters of judicial notice—without converting the motion to dismiss into a motion for summary judgment." *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003).

Under Federal Rule of Evidence 201, a court may take judicial notice of matters of public record. This includes SEC filings. *See Mk Mgmt. v. Hartford Cas. Ins. Co.*, No. SA CV 19-01567-DOC (ADSx), 2019 U.S. Dist. LEXIS 232412, at *8 (C.D. Cal. Sep. 20, 2019) (taking judicial notice of a Form 10-k); *Dreiling v. Am. Express Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (the court "may consider documents referred to in the complaint or any matter subject to judicial notice, such as SEC filings.").

Therefore, Defendants respectfully request that the Court take judicial notice

///
///
///

1 | of the three Exhibits referenced in this Request for Judicial Notice, attached to the
2 | Pearl Declaration, and cited in Defendants' Motion to Dismiss.
3 |
4 | DATED: February 28, 2025                PAUL HASTINGS LLP
5 |
6 |                                          By: /s/ *James M. Pearl*
7 |                                              JAMES M. PEARL
                                              *Attorneys for Defendants*
8 |
9 |