SARAH WILLIAMS
SEAN Z. SAPER
JOHN F. SCHIFALACQUA
Trial Attorneys
Consumer Protection Branch
Civil Division, United States Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, D.C. 20001
Telephone: (202) 616-4269
sarah.williams@usdoj.gov

*Attorneys for the United States*

JAMES M. PEARL (SB# 198481)
jamespearl@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendants
Dave Inc. and Jason Wilk*

Additional Counsel in Signature Block

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVE, INC., a Delaware corporation, and JASON WILK, an individual<br><br>Defendants. | Case No. 2:24-cv-09566-MRA (AGRx)<br><br>**STIPULATION FOR FIRST CONTINUANCE OF HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Current hearing date: April 28, 2025<br><br>Requested hearing date: May 5, 2025 |

Plaintiff United States and Defendants Dave Inc. ("Dave") and Jason Wilk ("Wilk") hereby stipulate and respectfully request as follows:

WHEREAS, on February 28, 2025, Defendants filed their combined Motion to Dismiss the Amended Complaint (the "Motion to Dismiss") in this case and requested a hearing date of April 28, 2025;

WHEREAS, Defendants and Plaintiff United States met and conferred on March 11, 2025 via videoconference regarding the hearing date and briefing schedule;

WHEREAS, Defendants and Plaintiff on March 18, 2025 agreed to continue the April 28, 2025 hearing date to May 5, 2025 to allow Defendants extra time to prepare their reply and, in the interest of judicial economy, that Defendants may file a combined reply of up to 14,000 words;

WHEREAS, good cause exists for this request.  Modifying the briefing schedule will allow both parties the opportunity to prepare their arguments, and allowing Defendants to file a combined reply brief will allow the parties to minimize the number of filings and for an orderly and efficient resolution of the Defendants' Motions to Dismiss.

WHEREAS, the Parties have not previously requested and extension or continuance.

NOW THEREFORE, the Parties stipulate and agree that:

1. The hearing date for the Motion to Dismiss is May 5, 2025 at 1:30 pm.
2. The date by which Plaintiffs shall file their response to the Motion to Dismiss is April 7, 2025.
3. The date by which Defendants shall file a combined reply brief is April 21, 2025.
4. Defendants' combined reply brief shall not exceed 14,000 words.

STIPULATION FOR FIRST CONTINUANCE OF HEARING DATE AND BRIEFING SCHEDULE FOR DEFS' MOTION TO DISMISS THE AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated March 21, 2025 | Respectfully submitted. |
| 3 | | |
| 4 | | By: */s/ James M. Pearl* |
| 5 | | JAMES M. PEARL (SB# 198481)<br>jamespearl@paulhastings.com |
| 6 | | Paul Hastings LLP<br>1999 Avenue of the Stars, 27th Floor |
| 7 | | Los Angeles, CA 90067<br>Telephone: (310) 620-5700 |
| 8 | | Facsimile: (310) 620-5899 |
| 9 | | ALLYSON B. BAKER<br>(*admitted pro hac vice*) |
| 10 | | allysonbaker@paulhastings.com<br>MEREDITH L. BOYLAN |
| 11 | | (*admitted pro hac vice*)<br>meredithboylan@paulhastings.com |
| 12 | | PAUL HASTINGS LLP<br>2050 M Street, NW |
| 13 | | Washington, DC 20036<br>Telephone: (202) 551-1700 |
| 14 | | Facsimile: (202) 551-1705 |
| 15 | | THOMAS P. BROWN (SB# 182916)<br>tombrown- |
| 16 | | externaladvisor@paulhastings.com<br>DEREK E. WETMORE (SB# 291600) |
| 17 | | derekwetmore@paulhastings.com<br>PAUL HASTINGS LLP |
| 18 | | 101 California Street, 48th Floor<br>San Francisco, CA 94111 |
| 19 | | Telephone: (415) 856-7000<br>Facsimile: (415) 856-7100 |
| 20 | | |
| 21 | | MARGARET SHIELDS<br>(*admitted pro hac vice*) |
| 22 | | margaretshields@paulhastings.com<br>PAUL HASTINGS LLP |
| 23 | | 200 Park Avenue<br>New York, NY 10166 |
| 24 | | Telephone: (212) 318-6334<br>Facsimile: (212) 319 4090 |
| 25 | | |
| 26 | | CHRIS NAPIER *(pro hac vice)*<br>cnapier@mitchellsandler.com |
| 27 | | SHELBY SCHWARTZ *(pro hac vice)*<br>sschwartz@mitchellsandler.com |
| 28 | | |

- 2 -

STIPULATION FOR FIRST CONTINUANCE OF HEARING DATE AND BRIEFING
SCHEDULE FOR DEFS' MOTION TO DISMISS THE AMENDED COMPLAINT

| | |
|---|---|
| 1 | MITCHELL SANDLER PLLC |
| 2 | 2020 K Street, NW, Suite 760<br>Washington, DC 20036<br>Telephone: 202-886-5260 |
| 3 | |
| 4 | *Attorneys for Defendants*<br>*Dave Inc. and Jason Wilk* |
| 5 | By: */s/ Sarah Williams* |
| 6 | YAAKOV M. ROTH |
| 7 | Acting Assistant Attorney General, Civil Division |
| 8 | MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General |
| 9 | AMANDA N. LISKAMM<br>Director, Consumer Protection Branch |
| 10 | LISA K. HSIAO |
| 11 | Senior Deputy Director, Civil Litigation |
| 12 | ZACHARY A. DIETERT<br>Assistant Director |
| 13 | SARAH WILLIAMS<br>Senior Trial Attorney |
| 14 | SEAN Z. SAPER<br>JOHN F. SCHIFALACQUA |
| 15 | Trial Attorneys |
| 16 | Consumer Protection Branch<br>Civil Division, United States Department of Justice |
| 17 | 450 5th Street, NW, Suite 6400-South<br>Washington, D.C. 20001 |
| 18 | Phone: (202) 616-4269 (Williams)<br>Phone: 202-742-7116 (Saper) |
| 19 | Phone: 202-598-8153 (Schifalacqua) |
| 20 | sarah.williams@usdoj.gov<br>sean.z.saper@usdoj.gov<br>john.f.schifalacqua@usdoj.gov |
| 21 | *Attorneys for the United States* |
| 22 | |
| 23 | DANIEL O. HANKS (*pro hac vice*)<br>dhanks@ftc.gov; 202-326-2472 |
| 24 | JASON SANDERS (*pro hac vice*)<br>jsanders1@ftc.gov; 202-326-2357 |
| 25 | JULIA E. HEALD (pro hac vice)<br>jheald@ftc.gov; 202-326-3589 |
| 26 | Federal Trade Commission<br>600 Pennsylvania Ave NW |
| 27 | Washington, DC 20580 |
| 28 | DAVID HANKIN, SBN 319825 |

- 3 -

STIPULATION FOR FIRST CONTINUANCE OF HEARING DATE AND BRIEFING
SCHEDULE FOR DEFS' MOTION TO DISMISS THE AMENDED COMPLAINT

dhankin@ftc.gov; 202-227-1521
Federal Trade Commission
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024

*Attorneys for the Federal Trade Commission*

- 4 -
STIPULATION FOR FIRST CONTINUANCE OF HEARING DATE AND BRIEFING
SCHEDULE FOR DEFS' MOTION TO DISMISS THE AMENDED COMPLAINT

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-4.3.4(a)(2), I, James Pearl, hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.