UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVE INC., a Delaware corporation, and JASON WILK, an individual<br><br>Defendants. | Case No. 2:24-cv-09566-MRA (AGRx)<br><br>**ORDER GRANTING STIPULATION FOR FIRST CONTINUANCE OF HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

On March 21, 2025, Plaintiff United States and Defendants Dave Inc. and Jason Wilk filed stipulation requesting a continuance of the hearing date and briefing schedule for Defendants' Motion to Dismiss Plaintiff's Amended Complaint ("Motion to Dismiss").

The Court, having considered the Parties' stipulation, and good cause appearing therefor, it is hereby ordered:

1. The hearing date for the Defendants' Motion to Dismiss is scheduled for May 5, 2025, at 1:30 pm.
2. Plaintiff's response to the Defendants' Motion to Dismiss is due April 7, 2025.
3. Defendants' combined reply brief is due April 21, 2025.
4. Defendants' combined reply brief shall not exceed 14,000 words.

IS SO ORDERED.

DATED: March 24, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER GRANTING STIPULATION REGARDING FIRST CONTINUANCE OF HEARING DATE AND BRIEFING SCHEDULE