SARAH WILLIAMS
SEAN Z. SAPER
JOHN F. SCHIFALACQUA
Trial Attorneys
Consumer Protection Branch
Civil Division, United States Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, D.C. 20001
Telephone: (202) 616-4269
sarah.williams@usdoj.gov

*Attorneys for the United States*

JAMES M. PEARL (SB# 198481)
jamespearl@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

*Attorneys for Defendants*
*Dave Inc. and Jason Wilk*

Additional Counsel in Signature Block

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVE, INC., a Delaware corporation, and JASON WILK, an individual<br><br>Defendants. | Case No. 2:24-cv-09566-MRA (AGRx)<br><br>**STIPULATION FOR THIRD CONTINUANCE OF HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Current hearing date: May 19, 2025<br><br>Requested hearing date: June 9, 2025 |

Plaintiff United States and Defendants Dave Inc. and Jason Wilk ("Defendants") hereby stipulate and respectfully request that the Court reschedule the motion hearing currently set for May 19, 2025 for June 9, 2025.

Defendants filed a motion to dismiss on February 28, 2025, and requested oral argument. Mot., ECF No. 50. It was originally set for a hearing date of April 28, 2025. *Id.* The parties stipulated to a continued hearing date of May 5, 2025 to allow Defendants extra time to prepare their reply. Joint Stip., ECF No. 59. That reply has been filed, and briefing is now complete. *See* Reply, ECF No. 62. However, the Court sua sponte continued the hearing to May 19, 2025. Order, ECF No. 63.

The new hearing date presents scheduling problems for Plaintiff's counsel. Therefore, the parties have agreed to a hearing date of June 9, 2025, and respectfully request that the Court continue the hearing to June 9, 2025 at 1:30 pm for good cause shown.

Dated: May 2, 2025                     Respectfully submitted.

By: */s/ Sarah Williams*

YAAKOV M. ROTH
Acting Assistant Attorney General,
Civil Division
MICHAEL D. GRANSTON
Deputy Assistant Attorney General
AMANDA N. LISKAMM
Director, Consumer Protection Branch
LISA K. HSIAO
Senior Deputy Director, Civil Litigation
ZACHARY A. DIETERT
Assistant Director
SARAH WILLIAMS
Senior Trial Attorney
SEAN Z. SAPER
JOHN F. SCHIFALACQUA

Trial Attorneys
Consumer Protection Branch
Civil Division, United States
Department of Justice
450 5th Street, NW, Suite 6400-South
Washington, D.C. 20001
Phone: (202) 616-4269 (Williams)
Phone: 202-742-7116 (Saper)
Phone: 202-598-8153 (Schifalacqua)
sarah.williams@usdoj.gov
sean.z.saper@usdoj.gov
john.f.schifalacqua@usdoj.gov

*Attorneys for the United States*

DANIEL O. HANKS (*pro hac vice*)
dhanks@ftc.gov; 202-326-2472
JASON SANDERS (*pro hac vice*)
jsanders1@ftc.gov; 202-326-2357
JULIA E. HEALD (pro hac vice)
jheald@ftc.gov; 202-326-3589
Federal Trade Commission
600 Pennsylvania Ave NW
Washington, DC 20580

DAVID HANKIN, SBN 319825
dhankin@ftc.gov; 202-227-1521
Federal Trade Commission
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024

*Attorneys for the Federal Trade Commission*

By: */s/ Meredith L. Boylan*

JAMES M. PEARL (SB# 198481)
jamespearl@paulhastings.com
Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899

ALLYSON B. BAKER
(*admitted pro hac vice*)
allysonbaker@paulhastings.com
MEREDITH L. BOYLAN
(*admitted pro hac vice*)
meredithboylan@paulhastings.com
PAUL HASTINGS LLP
2050 M Street, NW
Washington, DC 20036

STIPULATION FOR THIRD CONTINUANCE OF HEARING DATE AND FOR DEFS'
MOTION TO DISMISS THE AMENDED COMPLAINT

Telephone: (202) 551-1700
Facsimile: (202) 551-1705

THOMAS P. BROWN (SB# 182916)
tombrown-externaladvisor@paulhastings.com
DEREK E. WETMORE (SB# 291600)
derekwetmore@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

MARGARET SHIELDS
(*admitted pro hac vice*)
margaretshields@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6334
Facsimile: (212) 319 4090

CHRIS NAPIER *(pro hac vice)*
cnapier@mitchellsandler.com
SHELBY SCHWARTZ *(pro hac vice)*
sschwartz@mitchellsandler.com
MITCHELL SANDLER PLLC
2020 K Street, NW, Suite 760
Washington, DC 20036
Telephone: 202-886-5260

*Attorneys for Defendants*
*Dave Inc. and Jason Wilk*

STIPULATION FOR THIRD CONTINUANCE OF HEARING DATE AND FOR DEFS'
MOTION TO DISMISS THE AMENDED COMPLAINT

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-4.3.4(a)(2), I, Sarah Williams, hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.