1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 8  UNITED STATES OF AMERICA, | Case No. 2:24-cv-09566-MRA (AGRx) |
| 9            Plaintiff, | **ORDER GRANTING THIRD CONTINUANCE OF HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |
| 10 | |
| 11      v. | |
| 12  DAVE, INC., a Delaware corporation, and JASON WILK, an individual | |
| 13 | |
| 14            Defendants. | |

15
16
17

On May 2, 2025, Plaintiff United States and Defendants Dave Inc. and Jason

18
19

Wilk filed a stipulation requesting a continuance of the hearing date for Defendants'

Motion to Dismiss Plaintiffs Amended Complaint.

20

Having considered the stipulation and for good cause shown, it is hereby

21

ORDERED that the hearing date for the Defendants' Motion to Dismiss is

22
23

rescheduled for June 9, 2025 at 1:30 pm.

Dated: May 06, 2025

24
25
26

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

27
28

ORDER GRANTING STIPULATION FOR THIRD CONTINUANCE OF HEARING
DATE FOR DEFS' MOTION TO DISMISS THE AMENDED COMPLAINT